UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIARA NOAKES, on behalf of herself and a class of all others similarly situated,

                    Plaintiff,

-against-

L'OREAL USA, INC.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/05/2024_

24 Civ. 2735 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated June 10, 2024, the Court directed the parties to file a joint letter providing a status update as to the pending multi-district litigation petition by August 1, 2024. ECF No. 16. That submission is overdue. By **August 12, 2024**, the parties shall file the status update.

    SO ORDERED.

Dated: August 5, 2024
         New York, New York

                                              ANALISA TORRES
                                       United States District Judge