```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/20/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIARA NOAKES, on behalf of herself and a class of all others similarly situated,

                        Plaintiff,

-against-

L'OREAL USA, INC.,

                        Defendant.

24 Civ. 2735 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In a joint statement dated August 12, 2024, the parties notified the Court that the Judicial Panel for Multidistrict Litigation denied Plaintiffs' motion to consolidate this case with similar putative class actions pending in several U.S. district courts in California. ECF No. 18. They also represented that Plaintiff intends to move to transfer this case to the District of Hawaii. *Id.* Accordingly,

1. By **September 13, 2024**, Plaintiffs shall file their letter motion to transfer;
2. By **September 27, 2024**, Defendant shall file its opposition; and
3. By **October 4, 2024**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: August 20, 2024
         New York, New York

                                                ANALISA TORRES
                                      United States District Judge