

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024

Mark S. Reich | mreich@zlk.com

September 20, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Noakes v. L'Oreal USA, Inc.*, Case No. 1:24-cv-02735 (S.D.N.Y.)

Dear Judge Torres,

    As counsel for plaintiff Ciara Noakes in this action, we respectfully withdraw her Letter Motion to Transfer this case to the U.S. District Court for the District of Hawaii (ECF No. 21).

    Respectfully,

    */s/ Mark S. Reich*
    Mark S. Reich

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21.

SO ORDERED.

Dated: September 23, 2024
      New York, New York

                        **ANALISA TORRES**
                       United States District Judge