UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIARA NOAKES, on behalf of herself and a class of all others similarly situated,

                          Plaintiff,

-against-

L'OREAL USA, INC.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2024

24 Civ. 2735 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated April 17, 2024, the Court instructed the parties to submit a joint letter and proposed case management plan by June 10, 2024. ECF No. 7. The parties subsequently informed the Court that Plaintiff had applied to the U.S. Judicial Panel on Multidistrict Litigation (the "JPML") seeking consolidation of several similar actions, so the Court adjourned all case deadlines. ECF Nos. 13, 16. After the JPML denied Plaintiff's application, Plaintiff filed a motion to transfer the action, but she withdrew the motion a week later. ECF Nos. 19, 21–22. Accordingly:

1. By **October 21, 2024**, the parties shall submit their joint letter and proposed case management plan; and
2. By **October 25, 2024**, Defendant shall respond to Plaintiff's complaint.

      SO ORDERED.

Dated: September 23, 2024
       New York, New York

                                                        ANALISA TORRES
                                              United States District Judge