USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/22/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIARA NOAKES, on behalf of herself and a class of all others similarly situated,

        Plaintiff,

-against-

L'OREAL USA, INC.,

        Defendant.

24 Civ. 2735 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated April 17, 2024, the Court directed the parties to submit a joint letter and proposed case management plan. ECF No. 7. The parties subsequently told the Court that Plaintiff had applied to the U.S. Judicial Panel on Multidistrict Litigation (the "JPML") seeking consolidation of several similar actions, so the Court adjourned all case deadlines. ECF Nos. 13, 16. After the JPML denied Plaintiff's application, Plaintiff filed a motion to transfer the action but withdrew the motion a week later, so the Court reset deadlines for the parties to submit their joint letter and proposed case management plan and for Defendant to respond to Plaintiff's complaint. ECF Nos. 19, 21–22, 25.

    By letter dated October 18, 2024, the parties informed the Court that, of the six related actions against Defendant currently pending in U.S. district courts, three are in the Southern District of New York, and motions to transfer to this District have been filed in the remainder. ECF No. 26 at 1. Explaining that they may seek to consolidate the actions that ultimately end up in this District, the parties request that the Court vacate several upcoming deadlines.

    Accordingly, the deadlines for the parties to submit their joint letter and proposed case management plan and for Defendant to respond to Plaintiff's complaint are ADJOURNED *sine die*. Within ten days of the issuance of (1) the last transfer order in the other jurisdictions or (2) December 9, 2024, whichever is sooner, the parties shall submit a joint status report concerning their anticipated motion to consolidate and the status of the pending motions to transfer.

    SO ORDERED.

Dated: October 22, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge