USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/21/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CIARA NOAKES, on behalf of herself and a class of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>L'OREAL USA, INC.,<br><br>        Defendant. | Case No. 1:24-cv-02735-AT<br><br>**JOINT STATUS UPDATE** |

**JOINT STATEMENT**

Pursuant to this Court's December 10, 2024 Order (ECF No. 30), Plaintiff Ciara Noakes ("Plaintiff") and Defendant L'Oreal USA, Inc. ("Defendant") (collectively, "the Parties") submit the following Joint Statement regarding the status of the motion to consolidate and the pending motions to transfer.

1.      In addition to the related *Abednego, Noakes, O'Dea,* and *Grossenbacher* cases that are currently before this Court, there are two other cases that allege similar claims against Defendant pending in different jurisdictions. Their status is as follows:

    a.  *Painter v. L'Oreal USA, Inc.*: case transferred from District of Hawaii (Case No. 1:24-cv-00512-MWJS-KJM) to the Southern District of New York on February 20, 2025.  It does not appear to have been assigned a case number in S.D.N.Y. yet.

    b.  *Snow v. L'Oreal USA, Inc.*, Case No. 1:24-cv-00110-MWJS (D. Hawaii): Defendant moved to transfer to the Southern District of New York. A hearing on Defendant's Motion to Transfer Venue is scheduled for April 16, 2025, before Judge Smith.

2.      On November 26, 2024 the Abednego, Noakes, O'Dea, Grossenbacher, Snow, and

Painter Plaintiffs filed a motion before the Joint Panel on Multidistrict Litigation ("JPML") to

transfer all six cases to Hawaii pursuant to 28 U.S.C. §1407.

3.      On February 7, 2025, following briefing and oral arguments, the JPML denied the

motion to transfer all six cases to Hawaii pursuant to 28 U.S.C. §1407.

4.      In light of the above, the parties respectfully request that the Court continue the stay

in the Noakes case. The parties propose submitting a joint status report within ten days of the

issuance of (1) the last transfer order in the other jurisdiction or (2) May 20, 2025, whichever is

sooner.

DATED:    March 20, 2025                    **LEVI & KORSINSKY, LLP**

                                  By:    _/s/ Mark S. Reich_

                                       Mark S. Reich
                                       mreich@zlk.com
                                       33 Whitehall Street, 17th Floor
                                       New York, NY 10006
                                       Telephone: 212-363-7500
                                       Facsimile: 212-363-7171

                                       _Attorneys for Plaintiff CIARA NOAKES_


DATED:    March 20, 2025                    **FARELLA BRAUN + MARTEL LLP**

                                  By:    _/s/ Thomas B. Mayhew_

                                       Thomas B. Mayhew
                                       tmayhew@fbm.com
                                       One Bush Street, Suite 900
                                       San Francisco, California 94104
                                       Telephone (415) 954-4400

                                       _Attorneys for Defendant L'OREAL USA, INC._

GRANTED.

SO ORDERED.

Dated: March 21, 2025                    _____
       New York, New York                    ANALISA TORRES
                                       United States District Judge