USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/12/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re L'Oréal Benzoyl Peroxide Products Litigation

24 Civ. 2735 (AT)

MARILYN SILVA, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

L'OREAL USA, INC.,

    Defendant.

25 Civ. 4864 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By consent order dated June 5, 2025, the U.S. District Court for the District of New Jersey transferred the matter *Silva v. L'Oreal USA, Inc.* to the Southern District of New York, where the undersigned accepted it as related to a consolidated set of six similar actions. ECF No. 14 in 25 Civ. 4864. Accordingly, the Court CONSOLIDATES this action, No. 25 Civ. 4864, with *In re L'Oréal Benzoyl Peroxide Products Litigation*, No. 24 Civ. 2735.

    SO ORDERED.

Dated: June 12, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge