USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/3/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE L'ORÉAL BENZOYL PEROXIDE
PRODUCTS LITIGATION

24 Civ. 2735 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties joint proposed briefing schedule for Defendant's anticipated motion to dismiss Plaintiffs' second amended consolidated class action complaint. ECF No. 63. The parties shall exchange pre-motion letters in conjunction with Defendant's anticipated motion to dismiss in accordance with Rule III.B of the undersigned's Individual Practices in Civil Cases. By **December 15, 2025**, Defendant shall file its motion to dismiss. By **January 23, 2026**, Plaintiffs shall file their opposition. By **February 20, 2026**, Defendant shall file its reply, if any.

    Because Defendant now seeks to move to dismiss Plaintiff's second amended consolidated class action complaint, Defendant's motion to dismiss Plaintiffs' consolidated class action complaint is DENIED as moot. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 56.

    SO ORDERED.

Dated: November 3, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge