**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

IN RE L'OREAL USA BENZOYL PEROXIDE PRODUCTS LITIGATION

24 **CIVIL** 2735 (AT)

**JUDGMENT**

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 15, 2026, Defendant's motion to dismiss Plaintiffs' SACC is GRANTED with prejudice.

**Dated:** New York, New York
September 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**